**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**                                               TELEPHONE:  (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE                               TELECOPIER: (303)335-2178

# M E M O R A N D U M

**TO:**   Jeffrey P. Colwell, Clerk
         Attn: Senior Judge Team

**FROM:** Judge Wiley Y. Daniel

**DATE:** February 4, 2016

**RE:**   Civil Action No. **15-cv-02446-WYD-KMT**
         **DARRELL VIGIL v. WELLS FARGO HOME MORTGAGE, d/b/a**
         **WELLS FARGO BANK, N.A.**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.