IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DARRELL VIGIL,

  Plaintiff,

-vs-

WELLS FARGO HOME MORTGAGE d/b/a
WELLS FARGO BANK, N.A.,         CASE NO.: 1:15-CV-02446-CMA-GPG

  Defendant.
_____/

## NOTICE OF SETTLEMENT PENDING

Plaintiff, Darrell Vigil, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Wells Fargo Home Mortgage d/b/a Wells Fargo Bank, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 6th day of July 2016.

                                                */s/ Octavio Gomez*
                                                Octavio "Tav" Gomez, Esquire
                                                (*admitted Pro Hac Vice*)
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 N. Franklin St., 7th Floor
                                                Tampa, FL 33602
                                                Tele: (813) 223-5505
                                                Fax: (813) 223-5402
                                                Florida Bar #: 0338620
                                                Attorney for Plaintiff
                                                tgomez@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2016, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system:

Divya S. Gupta, Esquire
Eric Troutman, Esquire
Dorsey & Whitney LLP
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626
Tele: (714) 800-1493
Fax:  (714) 800-1499
gupta.divya@dorsey.com
troutman.eric@dorsey.com

*/s/ Octavio Gomez*
  Octavio "Tav" Gomez, Esquire
  Florida Bar #:  0338620