IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DARRELL VIGIL,

  Plaintiff,

-vs-                                                                           CASE NO.:  1:15-CV-02446-CMA-GPG

WELLS FARGO HOME MORTGAGE d/b/a
WELLS FARGO BANK, N.A.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Darrell Vigil, and the Defendant, Wells Fargo Home Mortgage d/b/a Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 27th day of July, 2016.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Divya Gupta* |
| Octavio "Tav" Gomez, Esquire | Divya S. Gupta, Esquire |
| Morgan & Morgan, Tampa, P.A. | Eric Troutman, Esquire |
| One Tampa City Center | Dorsey & Whitney LLP |
| 201 N. Franklin St., 7th Floor | 600 Anton Blvd., Suite 2000 |
| Tampa, FL 33602 | Costa Mesa, CA 92626 |
| Tele: (813) 223-5505 | Tele: (714) 800-1493 |
| Fax: (813) 223-5402 | Fax: (714) 800-1499 |
| tgomez@forthepeople.com | gupta.divya@dorsey.com |
| Attorney for Plaintiff | troutman.eric@dorsey.com |
| | Attorneys for Defendant |